Judgment reversed and new trial ordered, with costs to abide the event.

---

SWEENEY v. REDMOND.

APPEAL by the plaintiff from a judgment of a District Court in the city of New York, rendered upon a trial before the justice thereof, without a jury.

Action for services as a physician and surgeon.

*T. E. Tomlinson*, for plaintiff (appellant).

*John Callahan*, for defendant (respondent).

*Per Curiam.* The questions presented for solution on this appeal are only those involving facts in respect whereof there is a conflict of evidence. Careful consideration of the evidence satisfies us that the decision of the justice was in all respects correct, and, therefore, the judgment should be affirmed, with costs.

Judgment affirmed, with costs.